# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMES BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZYMEY INDUSTRIES, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:22-cv-00712-AWI-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO PROSECUTE**<br><br>**(Doc. No. 7)** |

　　　　Plaintiff Jeremy James Brown is proceeding pro se and in forma pauperis in this action. Plaintiff filed his complaint on June 14, 2022. (Doc. No. 1). On August 2, 2022, the assigned magistrate judge issued an order finding that Plaintiff's complaint failed to state any cognizable claims and granting leave for Plaintiff to file an amended complaint within thirty days. (Doc. No. 5.) To date, Plaintiff has not filed an amended complaint or requested an extension of time in which to do so.

　　　　On September 16, 2022, an order issued for Plaintiff to show cause ("OSC") within thirty days why the action should not be dismissed for his failure to comply with the Court's screening order and for failure to prosecute this case. (Doc. No. 6.) Plaintiff was warned in both the screening order and the OSC that the failure to comply with the Court's order would result in a recommendation to the presiding district judge of the dismissal of this action. (*Id*. at 6. *See also* Doc. No. 5 at 7.) Plaintiff did not respond to the OSC.

　　　　On October 25, 2022, the assigned magistrate judge issued findings and recommended that the case be dismissed for failing to obey court orders and failure to prosecute this action. (Doc. No. 7.) Plaintiff was granted twenty-one (21) days in which to file objections to the findings and recommendation. (*Id.*) No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendation are supported by the record and proper analysis.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation dated October 25, 2022 (Doc. No. 7), are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 1, 2022

SENIOR DISTRICT JUDGE